LAW OFFICE OF TAMARA L. SOLOMAN
TAMARA SOLOMAN. CA SBN 183841
901 H Street, Suite 400
Sacramento, CA 95814
Telephone: (916) 712-8962

Attorney for Defendant
JOHNNY BOBBY TRUONG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00164 DC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOHNNY BOBBY TRUONG, | |
| Defendant | |

**STIPULATION**

By previous order, this matter was set for status conference on July 18, 2025. Due to scheduling conflicts, the parties now stipulate to continue the status conference to August 13, 2025 at 9:30 a.m.

The parties agree and stipulate, and request that the Court find the following:

a) Discovery in this case is voluminous. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Defense counsel desires additional time to review discovery, investigate, conduct legal research, and to confer with his client concerning discovery, strategies, and potential options for the defense including resolution or trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1 requested outweigh the interest of the public and the defendant in a trial within the original date
2 prescribed by the Speedy Trial Act.
3     f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,
4 within which trial must commence, the time period of July 18 to August 13, 2025, inclusive, is deemed
5 excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a
6 continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends
7 of justice served by taking such action outweigh the best interest of the public and the defendant in a
8 speedy trial.
9     g). Nothing in this stipulation and order shall preclude a finding that other provisions of the
10 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
11 must commence.
12     IT IS SO STIPULATED.

Dated:  July 15, 2025                              /s/ Tamara Soloman
                                                   TAMARA SOLOMAN
                                                   Attorney for Defendant
                                                   JOHNNY B. TRONG


Dated:                                             /s/ Jason Hitt
                                                   JASON HITT
                                                   Assistant US Attorney
                                                   Attorney for Plaintiff

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

## [PROPOSED] ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the July 18, 2025, status conference and resets the matter for a status conference on August 13, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between July 18, 2025, and August 13, 2025, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from July 18, 2025, up to and including August 18, 2025, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:   **July 16, 2025**

_____
Dena Coggins
United States District Judge