LAW OFFICE OF TAMARA L. SOLOMAN
TAMARA SOLOMAN. CA SBN 183841
901 H Street, Suite 400
Sacramento, CA 95814
Telephone: (916) 712-8962

Attorney for Defendant
JOHNNY BOBBY TRUONG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>           v.<br><br>JOHNNY BOBBY TRUONG,<br><br>                            Defendant | CASE NO. 2:24-CR-00164 DC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |

**STIPULATION**

1. By previous order, this matter was set for sentencing on December 5, 2025.

2. By this stipulation, defendant now moves to continue the sentencing hearing to February 27, 2026.  Counsel for defendant needs time to respond to the PSR, meet with her client and prepare for sentencing.

3. No exclusion of time is necessary as this matter is set for sentencing.

4. It is therefore requested that the PSR and judgment and sentencing schedule be modified as follows:

   Proposed Presentence Report Due:                                          Completed

   Written Objections to Presentence Report Due:                      January 30, 2026

STIPULATION REGARDING EXCLUDABLE TIME                                            1
PERIODS UNDER SPEEDY TRIAL ACT

| | |
|---|---|
| Presentence Report Due: | February 6, 2026 |
| Motion for Correction of Presentence Report Due: | February 13, 2026 |
| Reply or Statement Due: | February 20, 2026 |
| Judgment and Sentencing: | February 27, 2026 |

IT IS SO STIPULATED.

                                            Respectfully submitted,

Dated: November 14, 2025                  /s/ Tamara Soloman
                                                       TAMARA SOLOMAN
                                                       Attorney for Defendant
                                                       JOHNNY B. TRONG

Dated: November 14, 2025                  /s/ Jason Hitt
                                                       JASON HITT
                                                       Assistant US Attorney
                                                       Attorney for Plaintiff

**ORDER**

The court, having received, read and considered the parties' stipulation filed on November 14, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for December 5, 2025, is VACATED and RESET for February 27, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than January 16, 2026; the parties' informal objections shall be delivered to the Probation Officer no later than January 30, 2026; the final Report shall be submitted no later than February 6, 2026; Formal Objections or any Motion for Correction shall be submitted no later than February 13, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than February 20, 2026.

IT IS SO ORDERED.

Dated:  **November 18, 2025**

Dena Coggins
United States District Judge